**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

OCT 20 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ENRIQUE DIAZ, AKA Yosef E. Diaz-
Shevatz,

No. 20-17097

Plaintiff-Appellant,

D.C. No. 5:18-cv-03017-EJD

v.

MEMORANDUM*

ROGER MARTINEZ; et al.,

Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of California
Edward J. Davila, District Judge, Presiding

Submitted October 12, 2021**

Before:      TALLMAN, RAWLINSON, and BUMATAY, Circuit Judges.

California state prisoner Enrique Diaz, AKA Yosef E. Diaz-Shevatz, appeals

pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action

alleging a violation of due process.  We have jurisdiction under 28 U.S.C. § 1291.

We review de novo.  *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004).  We

---

*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

**        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

affirm.

The district court properly granted summary judgment because Diaz failed to raise a genuine dispute of material fact as to whether the imposition of a loss of canteen, phone, and package privileges, as well as limited family visits for 30 days, infringed on a protected liberty interest. *See Sandin v. Conner*, 515 U.S. 472, 483-85 (1995) (a prisoner has no federal or state protected liberty interest when the sanction imposed neither extends the length of his sentence nor imposes an "atypical and significant hardship on the inmate in relation to the ordinary incidents of prison life").

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**